UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BUDDY CULLEN, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff | ) ) Case No. 4:24-cv-4153 |
| v. | ) ) ) |
| KUNES COUNTRY AUTOMOTIVE MANAGEMENT, INC. d/b/a KUNES AUTO GROUP and KUNES FORD OF EAST MOLINE, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS OF PLAINTIFF'S COMPLAINT

Defendants, Kunes Country Automotive Management, Inc and Kunes Ford of East Moline, Inc by their undersigned attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiff's Complaint. All of Plaintiff's Biometric Information Privacy Act claims are barred by 740 ILCS 14/25(c), as Defendants are "financial institution[s] that [are] subject to Title V of the federal Gramm-Leach-Bliley Act of 1999 and the rules promulgated thereunder." Further Plaintiff's Complaint fails to comply with Rule 8(a)'s pleading requirement. In support of this motion, Defendants incorporate the arguments contained in their contemporaneously filed Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted by:

*/s/ Joseph D. Kern*
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 N. Franklin, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
jkern@hinshawlaw.com
*Counsel for Defendants*

1079794\322957394.v1

## CERTIFICATE OF SERVICE

    I, Joseph D. Kern, an attorney, certify that on November 8, 2024, I caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- [x] ECF
- [ ] Facsimile
- [ ] UPS
- [ ] U.S. Mail
- [ ] E-Mail
- [ ] Messenger Delivery

To: All parties of record

*/s/ Joseph D. Kern*
Joseph D. Kern

2

1079794\322957394.v1